## FOX v. GRAYSON.

### S. F. No. 1447; July 14, 1898.

#### 53 Pac. 932.

**Injunction—Appeal.—When It is not Clear That a Reversal** of an order dissolving a temporary injunction would have no legal effect, a motion to dismiss an appeal therefrom on that ground will not be sustained.

Appeal from Superior Court, City and County of San Francisco.

Action of one Fox against one Grayson. From an order dissolving a temporary injunction plaintiff appealed, and defendant moves to dismiss the appeal. Motion denied.

W. T. Baggett for appellant; Deal, Tanszky & Wells for respondent.

PER CURIAM.—Motion to dismiss the plaintiff's appeal from an order dissolving a temporary injunction, upon the ground that a reversal of the order would have no legal effect, and consequently that the questions raised by the appeal have become mere abstractions. It is not clear that a reversal of the order would have no legal effect. Motion denied.